IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID BLISS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3057 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties' counsel,

IT IS ORDERED:

1) The obligation and deadline for filing the parties' Rule 26(f) Report is stayed pending further order of the court.

2) The parties' Rule 26 mandatory disclosures shall be served on or before July 15, 2011. The parties may initiate written discovery thereafter.

3) A telephonic conference will be held on September 2, 2011 at 9:00 a.m. with the undersigned magistrate judge to discuss the status of this case and further progression. Counsel for the defendant shall place the call.

DATED this 1st day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge