FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 SEP 13 PM 2: 37

OFFICE OF THE CLERK

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO clerk@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID BLISS,

Plaintiff,

v.

BNSF RAILWAY Company

Defendant

Case Number: 4:11 CV 3057

CONSENT TO EXERCISE
OF JURISDICTION BY A
UNITED STATES MAGISTRATE JUDGE
AND
ORDER OF REFERENCE

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For BNSF RAILWAY COMPANY | 9/6/11 |
| [signature] | For David Bliss | 9/12/11 |
| | For | |
| | For | |
| | For | |

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

September 13, 2011                    Warren K. Urbom
Date                                  United States District Judge

clerk\proc\forms\consent.frm
04/13/11